# Court of Appeals
## Tenth Appellate District of Texas

10-25-00405-CR
10-25-00406-CR

In re Johnathan Arthurton

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

**MEMORANDUM OPINION**

Relator Johnathan Arthurton, acting pro se, filed petitions for writ of mandamus requesting this Court to compel Jessica Escue, a Brazos County Assistant District Attorney, to (1) provide or certify the existence of certain information pursuant to article 39.14 of the Code of Criminal Procedure and *Brady v. Maryland*, 373 U.S. 83 (1963), and (2) file a written statement confirming whether the discovery practices of the Brazos County District Attorney's Office are conducted in good faith and consistent with the equal protection guarantees of 42 U.S.C. § 1981.

This Court does not have jurisdiction to issue a writ of mandamus against an assistant district attorney unless it is necessary to enforce our

jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b), (c); *see also Garner v. Gately*, 909 S.W.2d 61, 62 (Tex. App.—Waco 1995, orig. proceeding). Relator has not shown that the requested relief is necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a). Therefore, we lack jurisdiction to issue writs of mandamus against Assistant District Attorney Jessica Escue.

We dismiss Relator's petitions for writ of mandamus for want of jurisdiction.

STEVE SMITH
Justice

OPINION DELIVERED and FILED: November 26, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Petitions dismissed
Do not publish
OT06

